IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES K. BREMEL,

    Plaintiff,

  v.

TIM HAINES, JOHN DOE SECURITY DIRECTOR, CAPT. TORQERSON, CAPT. KRACKEY, CAPT. SKIME, DR. JOHNSON, LT. BRINKMAN, JOHN DOE PROPERTY SGT., JANE DOE NURSE, JOHN DOE(S) ENTRY TEAM, JOHN DOE(S) CORR. OFFC., SGT. REGER, TANYA BONSON, REBECCA TRACY, JOHN DOE, JOLINDA WATERMAN, and BETH EDGE,

    Defendants.

Case No.  17-cv-347-wmc

---

JAMES K. BREMEL,

    Plaintiff,

  v.

J. WATERMAN, B. EDGE, S. ANDERSON, B. KRAMER, REBECCA TRACY, G. LEE, N. BETHEL, T. BONSON, and G. BOUGHTON,

    Defendants.

Case No.  17-cv-348-wmc

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/10/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |